IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MELVIN WILLIAMS, RHONDA DANIELS,                              PLAINTIFFS
GARRY ARTHUR, MAMIE BARRETT, ALMEIA BOLDEN,
RODNEY DANIELS, RAKASHA ADAMS, COSSONDRA THOMAS
KEITH FREEMAN, TAMMY HEARD,
PAMELA RIGBY, CANDICE INGRAM,
MIRON SMITH, TERRANCE TILLER,
ROBERT WATTS and UCONA CARTER**

**VS.                    CIVIL CAUSE NO.3:20-cv-00785-DPJ-FKB**

**THE CITY OF JACKSON, JACKSON POLICE DEPARTMENT,   DEFENDANTS
MAYOR CHOKWE ANTAR LUMUMBA, in his capacity as mayor and
individually, CHIEF JAMES DAVIS individually and
in his professional capacity, DEPUTY CHIEF DERIC HEARNS
individually and as deputy chief of police, E. BRADLEY LUMUMBA
alias (HONDO), individually, and his capacity with the City of Jackson,
VINCENT GRIZZELL individually, and in his professional capacity with
the City of Jackson
Defendants John Doe 1-5
Defendant John Doe Company 1-5**

_____

**MOTION HEARING FOR THE COURT TO SET A STATUS CONFERENCE**
_____

**COMES NOW,** Plaintiffs are seeking the honorable court's available time and date for a hearing for a status conference regarding this case. Plaintiffs ask the honorable Court's indulgence in their filing the conference motion, rather than adding to the Court's likely already busy stream of emails. It follows that Plaintiffs are required to execute the claims sought and not merely sit dormant. Instead, Plaintiffs understand that the Court's time is

extremely valuable, and with the knowledgeable that the Magistrate Court has made some recent changes, Plaintiffs wanted to continue to be patient with the court's guidance but an update in case the Court desires. Plaintiffs avers that it has been since around and near October 31, 2022 since the Court has told the parties that it would be issuing its order on the scope for review of the matter.

As a result, Plaintiffs further contend that some of the key witnesses in this matter has changed locations that might make attendance for the litigation challenging.

Therefore, as a pre-caution and in good faith, Plaintiffs respectfully ask the Court for a brief time of its calendar for a status update in the matter.

Last, the last time spoken with counsel opposite, they too were waiting for the honorable Court's directions from the honorable District Court's Order Doc. [68] dated 09/30/2022. Therefore, the request for the status conference is made in good faith.

**RESPECTFULLY SUBMITTED this the 19th day of July, 2023**

/s/ Abby Robinson esq. MSB(105157)
**ABBY ROBINSON & ASSOCIATES LAW FIRM PLLC.**
**227 E. Pearl Street**
**Jackson, Mississippi 39201**
**Ph. 601-321-9343**
**Fax. 601-487-6326**
**Email: arobinsonlawfirm@yahoo.com**
**Secondary: abby@askabbylaw.org**

**CERTIFICATE OF SERVICE**

I the undersigned do declare that I have filed the foregoing document with the Clerk of the Court of whom shall serve an electronic copy of the same filing with each party to this matter.

**Submitted   July 19, 2023**
/s/ Abby Robinson esq. MSB(105157)
ABBY ROBINSON & ASSOCIATES LAW FIRM PLLC.
227 E. Pearl Street
Jackson, Mississippi 39201
Ph. 601-321-9343
Fax. 601-487-6326
Email: arobinsonlawfirm@yahoo.com
Secondary: abby@askabbylaw.org


 City of Jackson
Jackson Police Department
Mayor Cheowke Lumumba professionally and personally,
Chief James Davis professionally and personally,
Deputy Chief Vincent Grizell professionally and personally,
Deputy Chief Deric Hearn professionally and personally,
E. Bradley Lumumba aka.(Hondo) professionally and personally