IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ARTHUR ET.AL                                                PLAINTIFF

VS.                                CIVIL CASE NO. 3:23-cv-00544-DPJ-FKB

CITY OF JACKSON, JACKSON POLICE DEPT.                  DEFENDANT

## NOTICE OF APPEARANCE

**COMES NOW**, Jason L. Nabors, and enters his appearance as one of the attorneys for Defendant City of Jackson, Mississippi, in the above styled and numbered cause.

RESPECTFULLY submitted this the 29th day of February, 2024.

                                                         **CITY OF JACKSON, MISSISSIPPI**

                                                         By: **/s/ Jason L. Nabors**
                                                               Jason L. Nabors, MSB No. 101630
                                                               OFFICE OF THE CITY ATTORNEY

**OF COUNSEL**
**OFFICE OF THE CITY ATTORNEY**
Jason L. Nabors, MSB No. 101630
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

## CERTIFICATE OF SERVICE

I, Jason L. Nabors, one of the attorneys for the Defendant, do hereby certify that I have served this day via electronic filing a true and correct copy of the above and foregoing *Notice of Appearance* to all counsel of record.

Submitted this the 29th day of February, 2024.

*/s/ Jason L. Nabors*
Jason L. Nabors