**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ARTHUR, ET AL.**                                                                                    **PLAINTIFFS**

**V.**                                                             **CIVIL ACTION NO. 3:23-CV-544-DPJ-ASH**

**THE CITY OF JACKSON et al.**                                                        **DEFENDANTS**


**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, the City of Jackson, Mississippi and former Chief of Police James Davis, by and though their undersigned counsel, hereby file their Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In accordance with Rule 56(a), the Defendants respectfully request that this Court enter summary judgment in their favor, on the grounds that there are no genuine issues as to any material facts to support the claims of the Plaintiff, Keith Freeman, for race discrimination in regard to his employment under Title VII of the Civil Rights Act of 1964 and the Equal Protection Clause of the Fourteenth Amendment under 42 U.S.C. § 1983, and that the Defendants are thus entitled to judgment as a matter of law.

The grounds for the Defendants' Motion for Summary Judgment are more fully set forth in their Memorandum Brief, which is being filed simultaneously with this motion, in accordance with Local Rule 7(b)(2). In addition to their Memorandum Brief, the Defendants rely upon the following exhibits, which are attached to this motion and are fully incorporated herein by reference:

Exhibit 1: City of Jackson Personnel Action Form regarding Plaintiff's retirement with Plaintiff's retirement memo;

Exhibit 2: Plaintiff's Charge of Discrimination filed with U.S. Equal Employment Opportunity Commission (EEOC)(Charge Number:423-2020-01672);

Exhibit 3: EEOC investigative file for the Plaintiff as the Charging Party in Charge Number: 423-2020-01672;

Exhibit 4: City of Jackson Time Detail for the Plaintiff for 2019 calendar year;

Exhibit 5: Executive Order regarding Deferred Compensation Time; and

Exhibit 6; Employee Handbook.

Defendants, the City of Jackson, Mississippi and Former Chief of Police James Davis, respectfully request that this Court enter an order granting summary judgment in their favor, thereby dismissing the Plaintiff's claims with prejudice, and granting any other relief this Court deems proper.

RESPECTFULLY submitted this the 27th day of December, 2024.

**CITY OF JACKSON, MISSISSIPPI**

By:     */s/Samuel L. Begley*
        Samuel L. Begley, MSB #2315
        Legal Counsel
        sbegley@jacksonms.gov

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)